## JENKINS *et al. v.* CROCKETT.

## JENKINS *et al. v.* JONES, PARK & JOHNSTON *et al.*

## JENKINS *et al. v.* SIMMONS.

PER CURIAM. In each of these cases the bill of exceptions was certified on August 16, 1926. It was filed in the office of the clerk of the court below on September 1, 1926. It was thus filed on the sixteenth day after its certification, and not within the fifteen days required by law. Civil Code (1910), § 6167. In these circumstances it must be dismissed.

Appeal and Error, 4 C. J. p. 299, n. 71, 72; p. 565, n. 50; p. 570, n. 91.

*Clifton* v. *Keaton,* 59 *Ga.* 881; *Miller* v. *Blitch,* 74 *Ga.* 361; *Seaboard Air-Line Railway* v. *Wheat,* 117 *Ga.* 751 (45 S. E. 77).

*Writs of error dismissed. All the Justices concur.*

Nos. 5662, 5663, 5664.    JUNE 23, 1927.

Receivership, etc.   Before Judge Hardeman.   Laurens superior court.   August 16, 1926.

*H. E. Coates* and *J. L. Kent,* for plaintiffs in error.

*Jones, Park & Johnston* and *C. C. Crockett,* contra.